**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

JONATHAN W. LYNN                                                                      PLAINTIFF

v.                                        No. 4:20CV00265-JM

LUCAS EMBERTON,
Sheriff, Van Buren County                                                DEFENDANT

## **JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed without

prejudice.  All relief sought is denied, and the case is closed.

DATED this 2nd day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE